RUSSELL, APPELLANT, *v.* TATE, WARDEN, APPELLEE.

[Cite as *Russell v. Tate* (1992), 64 Ohio St.3d 444.]

(No. 91–1829—Submitted May 12, 1992—Decided August 26, 1992.)

*Victor J. Russell, pro se.*

*Lee I. Fisher,* Attorney General, and *Jutta E. Martin,* for appellee.

*Per Curiam.* We affirm the decision of the court of appeals. An appeal rather than a writ of habeas corpus is the appropriate remedy when challeng-

ing violations of the right to a speedy trial. *In re Jackson* (1988), 36 Ohio St.3d 189, 522 N.E.2d 540.

Moreover, the issue of a violation of appellant's right to a speedy trial has been previously adjudicated on direct appeal to the Eleventh District Court of Appeals. That court denied appellant's claim and, therefore, the issue is clearly *res judicata. Burch v. Morris* (1986), 25 Ohio St.3d 18, 25 OBR 15, 494 N.E.2d 1137.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.